# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re: HODAPP, TIMOTHY A § Case No. 10-60495-SWR
HODAPP, LAURIE A §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    K. Jin Lim, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $108,306.00  *(without deducting any secured claims)* | Assets Exempt:  $23,306.00 |
| Total Distribution to Claimants: $28,020.09 | Claims Discharged Without Payment: $57,433.89 |
| Total Expenses of Administration: $85,385.26 | |

    3) Total gross receipts of $     150,005.54    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     36,600.19 (see **Exhibit 2**), yielded net receipts of  $113,405.35 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $338,938.00 | $13,202.18 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 85,385.26 | 85,385.26 | 85,385.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 85,381.00 | 28,026.98 | 28,026.98 | 28,020.09 |
| **TOTAL DISBURSEMENTS** | $424,319.00 | $126,614.42 | $113,412.24 | $113,405.35 |

4) This case was originally filed under Chapter 7 on June 24, 2010. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/02/2012          By: /s/K. Jin Lim, Trustee
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lawsuit/Debtor spouse medical malpractice claim | 1242-000 | 150,000.00 |
| Interest Income | 1270-000 | 5.54 |
| **TOTAL GROSS RECEIPTS** | | **$150,005.54** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Laurie Hodapp | Payment of Debtor's exemption p/o 10.12.10 | 8100-002 | 31,700.00 |
| HODAPP, TIMOTHY A | Dividend paid 100.00% on $4,900.19; Claim# SURPLUS; Filed: $4,900.19; Reference: | 8200-000 | 0.00 |
| U.S. Bankruptcy Court | unclaimed fund | 8200-002 | 4,900.19 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$36,600.19** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Fifth Third Bank | 4110-000 | 13,107.00 | 13,202.18 | 0.00 | 0.00 |
| NOTFILED | Fifth Third Bank | 4110-000 | 13,107.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 156,362.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 156,362.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$338,938.00** | **$13,202.18** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| George P. Dakmak | 2100-000 | N/A | 8,920.27 | 8,920.27 | 8,920.27 |
| Dakmak Peurach, P.C. | 3110-000 | N/A | 8,046.50 | 8,046.50 | 8,046.50 |
| Dakmak Peurach, P.C. | 3120-000 | N/A | 50.26 | 50.26 | 50.26 |
| Rehmann Robson | 3410-000 | N/A | 260.00 | 260.00 | 260.00 |
| Rehmann Robson | 3420-000 | N/A | 20.45 | 20.45 | 20.45 |
| The Thurswell Lawfirm | 3210-600 | N/A | 41,205.24 | 41,205.24 | 41,205.24 |
| The Thurswell Lawfirm | 3220-610 | N/A | 26,384.29 | 26,384.29 | 26,384.29 |
| The Bank of New York Mellon | 2600-000 | N/A | 69.47 | 69.47 | 69.47 |
| The Bank of New York Mellon | 2600-000 | N/A | 117.96 | 117.96 | 117.96 |
| The Bank of New York Mellon | 2600-000 | N/A | -3.47 | -3.47 | -3.47 |
| The Bank of New York Mellon | 2600-000 | N/A | 103.82 | 103.82 | 103.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 100.16 | 100.16 | 100.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 110.31 | 110.31 | 110.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $85,385.26 | $85,385.26 | $85,385.26 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Mark E. Hardwick, DDS, PC | 7100-000 | 518.00 | 517.60 | 517.60 | 517.60 |
| 1I | Mark E. Hardwick, DDS, PC | 7990-000 | N/A | 2.28 | 2.28 | 0.00 |
| 2 | Fifth Third Bank | 7100-000 | 7,582.00 | 7,582.36 | 7,582.36 | 7,582.36 |
| 2I | Fifth Third Bank | 7990-000 | N/A | 33.40 | 33.40 | 33.40 |
| 3 | Fifth Third Bank | 7100-000 | 4,964.00 | 4,964.28 | 4,964.28 | 4,964.28 |
| 3I | Fifth Third Bank | 7990-000 | N/A | 21.87 | 21.87 | 21.87 |
| 4 | Capital One,N.A | 7100-000 | 3,256.00 | 3,256.78 | 3,256.78 | 3,256.78 |
| 4I | Capital One,N.A | 7990-000 | N/A | 14.35 | 14.35 | 14.35 |
| 5 | Msu Federal Credit Uni | 7100-000 | 1,105.00 | 1,045.86 | 1,045.86 | 1,045.86 |
| 5I | Msu Federal Credit Uni | 7990-000 | N/A | 4.61 | 4.61 | 0.00 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | 7,052.00 | 7,052.82 | 7,052.82 | 7,052.82 |
| 6I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 31.07 | 31.07 | 31.07 |
| 7 | GE Money Bank | 7100-000 | 3,477.00 | 3,477.49 | 3,477.49 | 3,477.49 |
| 7I | GE Money Bank | 7990-000 | N/A | 15.32 | 15.32 | 15.32 |
| NOTFILED | Citi | 7100-000 | 29,306.00 | N/A | N/A | 0.00 |
| NOTFILED | 5/3 Bank Cc | 7100-000 | 7,582.00 | N/A | N/A | 0.00 |
| NOTFILED | 5/3 Bank Cc | 7100-000 | 4,964.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 14,581.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 994.00 | N/A | N/A | 0.00 |
| | Mark E. Hardwick, DDS, PC | 7100-000 | N/A | 2.28 | 2.28 | 2.28 |
| | Msu Federal Credit Uni | 7100-000 | N/A | 4.61 | 4.61 | 4.61 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $85,381.00 | $28,026.98 | $28,026.98 | $28,020.09 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-60495-SWR  **Trustee:** (420180) K. Jin Lim, Trustee
**Case Name:** HODAPP, TIMOTHY A  **Filed (f) or Converted (c):** 06/24/10 (f)
HODAPP, LAURIE A  **§341(a) Meeting Date:** 08/04/10
**Period Ending:** 08/02/12  **Claims Bar Date:** 07/06/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Residence, Located at: survivorship 73788 Frankl<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 85,000.00 | 0.00 | DA | 0.00 | FA |
| 2  Cash<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 3  Checking account with Fifth Third Bank.<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 4  Checking Account with CSB Bank<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 5  Misc. furniture, Appliances, TV, Stereo<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 6  Personal Clothing<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7  Weddings Bands, Misc. Costume jewelry<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8  Term Life Insurance - No cash surrender value Al<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 9  401(k) through Ascensus<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 6,506.00 | 0.00 | DA | 0.00 | FA |
| 10 2010 Estimated Accrued Income Tax Refund<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 2,700.00 | 0.00 | DA | 0.00 | FA |
| 11 2003 Ford F-150<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 12 2001 Saturn SL2 | 2,500.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-60495-SWR  **Trustee:** (420180) K. Jin Lim, Trustee
**Case Name:** HODAPP, TIMOTHY A  **Filed (f) or Converted (c):** 06/24/10 (f)
　　　　　　　HODAPP, LAURIE A  **§341(a) Meeting Date:** 08/04/10
**Period Ending:** 08/02/12  **Claims Bar Date:** 07/06/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | Lawsuit/Debtor spouse medical malpractice claim (u) Per schedules, as amended, on 7/30/10 | Unknown | 150,000.00 | | 150,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 5.54 | FA |
| 14 | Assets　Totals (Excluding unknown values) | **$108,306.00** | **$150,000.00** | | **$150,005.54** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　funds disbursed per COD. kjl.

**Initial Projected Date Of Final Report (TFR):**　December 31, 2011　　**Current Projected Date Of Final Report (TFR):**　December 12, 2011 (Actual)

　　August 2, 2012　　　　　　　　　　　　　　　　　　　　/s/ K. Jin Lim, Trustee
　　　　　　Date　　　　　　　　　　　　　　　　　　　　　　K. Jin Lim, Trustee

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

**Case Number:** 10-60495-SWR
**Case Name:** HODAPP, TIMOTHY A
HODAPP, LAURIE A
**Taxpayer ID #:** **-***4661
**Period Ending:** 08/02/12

**Trustee:** K. Jin Lim, Trustee (420180)
**Bank Name:** The Bank of New York Mellon -Historical
**Account:** ********0965 - Money Market Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/02/11 | {13} | Henry Ford Health System | Settlement of lawsuit. | 1242-000 | 7,500.00 | | 7,500.00 |
| 05/02/11 | {13} | Shivana N. Prakash, M.D. P.C. | Settlement of lawsuit | 1242-000 | 15,000.00 | | 22,500.00 |
| 05/02/11 | {13} | Oakwood Healthcare System | Settlement of lawsuit | 1242-000 | 127,500.00 | | 150,000.00 |
| 05/25/11 | | To Account #********0966 | Transfer to checking account | 9999-000 | | 99,289.53 | 50,710.47 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.88 | | 50,713.35 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 50,713.76 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.43 | | 50,714.19 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 69.47 | 50,644.72 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.43 | | 50,645.15 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 117.96 | 50,527.19 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.47 | 50,530.66 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 50,531.07 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 103.82 | 50,427.25 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.42 | | 50,427.67 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 100.16 | 50,327.51 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 50,327.92 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 110.31 | 50,217.61 |
| 12/12/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.15 | | 50,217.76 |
| 12/12/11 | | To Account #********0966 | Transfer to checking account | 9999-000 | | 50,217.76 | 0.00 |

|  |  | ACCOUNT TOTALS | 150,005.54 | 150,005.54 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 0.00 | 149,507.29 | |
| | | **Subtotal** | 150,005.54 | 498.25 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$150,005.54** | **$498.25** | |

{} Asset reference(s)

Printed: 08/02/2012 12:33 PM    V.13.02

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 10-60495-SWR  
**Case Name:** HODAPP, TIMOTHY A  
HODAPP, LAURIE A  
**Taxpayer ID #:** **-***4661  
**Period Ending:** 08/02/12  

**Trustee:** K. Jin Lim, Trustee (420180)  
**Bank Name:** The Bank of New York Mellon -Historical  
**Account:** ********0966 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/25/11 | | From Account #********0965 | Transfer to checking account | 9999-000 | 99,289.53 | | 99,289.53 |
| 05/25/11 | 101 | The Thurswell Lawfirm | Special counsel fees p/o 4.20.11 | 3210-600 | | 41,205.24 | 58,084.29 |
| 05/25/11 | 102 | The Thurswell Lawfirm | Special counsel expenses p/o 4.20.11 | 3220-610 | | 26,384.29 | 31,700.00 |
| 05/25/11 | 103 | Laurie Hodapp | Payment of Debtor's exemption p/o 10.12.10 | 8100-002 | | 31,700.00 | 0.00 |
| 12/12/11 | | From Account #********0965 | Transfer to checking account | 9999-000 | 50,217.76 | | 50,217.76 |
| 03/08/12 | | To Account #92004495836166 | Balance Adjustment to Fund Successor Trustee Accounts | 9999-000 | | 50,217.76 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **149,507.29** | **149,507.29** | **$0.00** |
| | | | Less: Bank Transfers | | 149,507.29 | 50,217.76 | |
| | | | **Subtotal** | | **0.00** | **99,289.53** | |
| | | | Less: Payments to Debtors | | | 31,700.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$67,589.53** | |

Exhibit 9
Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 10-60495-SWR | **Trustee:** | K. Jin Lim, Trustee (420180) |
| **Case Name:** | HODAPP, TIMOTHY A | **Bank Name:** | The Bank of New York Mellon |
| | HODAPP, LAURIE A | **Account:** | 9200-******61-66 - Checking Account |
| **Taxpayer ID #:** | **-***4661 | **Blanket Bond:** | $2,000,000.00 (per case limit) |
| **Period Ending:** | 08/02/12 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/08/12 | | George Dakmak | Funds transferred from former trustee's account | 9999-000 | 50,217.76 | | 50,217.76 |
| 03/20/12 | 101 | George P. Dakmak | Dividend paid 100.00% on $8,920.27, Trustee Compensation; Reference: | 2100-000 | | 8,920.27 | 41,297.49 |
| 03/20/12 | 102 | Dakmak Peurach, P.C. | Dividend paid 100.00% on $8,046.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 8,046.50 | 33,250.99 |
| 03/20/12 | 103 | Dakmak Peurach, P.C. | Dividend paid 100.00% on $50.26, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 50.26 | 33,200.73 |
| 03/20/12 | 104 | Rehmann Robson | Dividend paid 100.00% on $260.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 260.00 | 32,940.73 |
| 03/20/12 | 105 | Rehmann Robson | Dividend paid 100.00% on $20.45, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 20.45 | 32,920.28 |
| 03/20/12 | 106 | Mark E. Hardwick, DDS, PC | Dividend paid 100.00% on $517.60; Claim# 1; Filed: $517.60; Reference: | 7100-000 | | 517.60 | 32,402.68 |
| 03/20/12 | 107 | Fifth Third Bank | Dividend paid 100.00% on $7,582.36; Claim# 2; Filed: $7,582.36; Reference: | 7100-000 | | 7,582.36 | 24,820.32 |
| 03/20/12 | 108 | Fifth Third Bank | Dividend paid 100.00% on $4,964.28; Claim# 3; Filed: $4,964.28; Reference: | 7100-000 | | 4,964.28 | 19,856.04 |
| 03/20/12 | 109 | Capital One,N.A | Dividend paid 100.00% on $3,256.78; Claim# 4; Filed: $3,256.78; Reference: | 7100-000 | | 3,256.78 | 16,599.26 |
| 03/20/12 | 110 | Msu Federal Credit Uni | Dividend paid 100.00% on $1,045.86; Claim# 5; Filed: $1,045.86; Reference: | 7100-000 | | 1,045.86 | 15,553.40 |
| 03/20/12 | 111 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $7,052.82; Claim# 6; Filed: $7,052.82; Reference: | 7100-000 | | 7,052.82 | 8,500.58 |
| 03/20/12 | 112 | GE Money Bank | Dividend paid 100.00% on $3,477.49; Claim# 7; Filed: $3,477.49; Reference: | 7100-000 | | 3,477.49 | 5,023.09 |
| 03/20/12 | 113 | Fifth Third Bank | Dividend paid 100.00% on $33.40; Claim# 2I; Filed: $33.40; Reference: | 7990-000 | | 33.40 | 4,989.69 |
| 03/20/12 | 114 | Fifth Third Bank | Dividend paid 100.00% on $21.87; Claim# 3I; Filed: $21.87; Reference: | 7990-000 | | 21.87 | 4,967.82 |
| 03/20/12 | 115 | Capital One,N.A | Dividend paid 100.00% on $14.35; Claim# 4I; Filed: $14.35; Reference: | 7990-000 | | 14.35 | 4,953.47 |
| 03/20/12 | 116 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $31.07; Claim# 6I; Filed: $31.07; Reference: | 7990-000 | | 31.07 | 4,922.40 |
| 03/20/12 | 117 | GE Money Bank | Dividend paid 100.00% on $15.32; Claim# 7I; Filed: $15.32; Reference: | 7990-000 | | 15.32 | 4,907.08 |
| 03/20/12 | 118 | HODAPP, TIMOTHY A | Dividend paid 100.00% on $4,900.19; Claim# SURPLUS; Filed: $4,900.19; Reference: | 8200-000 | | 4,900.19 | 6.89 |

Subtotals : $50,217.76 $50,210.87

{} Asset reference(s)

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 10-60495-SWR | **Trustee:** | K. Jin Lim, Trustee (420180) |
| **Case Name:** HODAPP, TIMOTHY A | **Bank Name:** | The Bank of New York Mellon |
| HODAPP, LAURIE A | **Account:** | 9200-******61-66 - Checking Account |
| **Taxpayer ID #:** **-***4661 | **Blanket Bond:** | $2,000,000.00 (per case limit) |
| **Period Ending:** 08/02/12 | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped on 06/25/12 | | | | |
| 03/20/12 | 119 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided on 03/20/12 | 7990-000 | | 6.89 | 0.00 |
| 03/20/12 | 119 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided: check issued on 03/20/12 | 7990-000 | | -6.89 | 6.89 |
| 03/20/12 | 120 | Mark E. Hardwick, DDS, PC | Dividend paid 100.00% on $2.28 Claim# 1interest | 7100-000 | | 2.28 | 4.61 |
| 03/20/12 | 121 | Msu Federal Credit Uni | Dividend paid 100.00% on $4.61; Claim# 5interest | 7100-000 | | 4.61 | 0.00 |
| 06/25/12 | 118 | HODAPP, TIMOTHY A | Dividend paid 100.00% on $4,900.19; Claim# SURPLUS; Filed: $4,900.19; Reference: Stopped: check issued on 03/20/12 | 8200-000 | | -4,900.19 | 4,900.19 |
| 06/25/12 | 122 | U.S. Bankruptcy Court | unclaimed fund | 8200-002 | | 4,900.19 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 50,217.76 | 50,217.76 | $0.00 |
| | | | Less: Bank Transfers | | 50,217.76 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 50,217.76 | |
| | | | Less: Payments to Debtors | | | 4,900.19 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $45,317.57 | |

```
Net Receipts :           150,005.54
Less Payments to Debtor :  36,600.19
                         _____
Net Estate :             $113,405.35
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ********0965 | 150,005.54 | 498.25 | 0.00 |
| Checking # ********0966 | 0.00 | 67,589.53 | 0.00 |
| Checking # 9200-******61-66 | 0.00 | 45,317.57 | 0.00 |
| | $150,005.54 | $113,405.35 | $0.00 |

| | |
|---|---|
| August 2, 2012 | /s/ K. Jin Lim, Trustee |
| Date | K. Jin Lim, Trustee |